# United States Court of Appeals for the Federal Circuit

2008-1249, 1250

ZIPWALL, LLC,

Plaintiff-Appellant,

v.

FASTCAP, LLC,

Defendant-Cross Appellant.

Matthew B. Lowrie, Lowrie, Lando & Anastasi LLP, of Cambridge, Massachusetts, argued for plaintiff-appellant. With him on the brief was Kevin M. Littman.

Michael J. Cronen, Zimmerman & Cronen, LLP, of Oakland, California, argued for defendant-cross appellant.

Appealed from: United States District Court for the District of Massachusetts

Judge Joseph L. Tauro

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1249, -1250

ZIPWALL, LLC,

Plaintiff-Appellant,

v.

FASTCAP, LLC,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the    United States District Court for the District of Massachusetts

in CASE NO(S).    05-CV-11852

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, PROST, <u>Circuit Judge</u>, GETTLEMAN, <u>District Judge</u>*)

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>January 9, 2009</u>    <u>/s/ Jan Horbaly</u>

Jan Horbaly, Clerk

---

*     Honorable Robert W. Gettleman, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.